AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Calfornia

FILED
MAY - 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRASAD SHANKAR ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.    CV 08-01769 WHA |
| HSBC INC. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   HSBC, Inc.
   Credit Card Services.
   1441 Chilling Pl.
   Salinas, CA 93901


A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*
Name of clerk of court

Date:  _____04/22/08_____    _____
Deputy clerk's signature

**SUSAN IMBRIANI**


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __5-1-2008__,
by:

(1) personally delivering a copy of each to the individual at this place, __HSBC, INC. 1441 SCHILLING PLACE, SALINAS CA 93901__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __NANCY SCOTT__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __50.00__.

Date: __5-1-2008__

_[signature]_
Server's signature

DAVID CORTEZ, PROCESS SERVER
Printed name and title

32 E ALISAL ST STE-208
Server's address
SALINAS CA 93901