ROBERT J. WILGER, Bar No. 168402
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax: 408.288.5686
rwilger@littler.com

Attorneys for Defendant
HSBC TECHNOLOGY & SERVICES (U.S.A.) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRASAD SHANKAR,<br><br>        Plaintiff,<br><br>v.<br><br>HSBC, INC. and DOES 1 to 50,<br><br>        Defendants. | Case No. CV 08 1769 WHA<br><br>**ANSWER OF DEFENDANT HSBC TECHNOLOGY & SERVICES (U.S.A.) INC. TO PLAINTIFF'S EMPLOYMENT DISCRIMINATION COMPLAINT** |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant HSBC Technology & Services (U.S.A.) Inc., erroneously sued as HSBC, Inc., hereby answers the Employment Discrimination Complaint ("Complaint") filed by Plaintiff Prasad Shankar as follows:

1. Answering Paragraph 1 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained in Paragraph 1 of the Complaint.

2. Answering Paragraph 2 of the Complaint, Defendant denies that "HSBC, Inc." was Plaintiff's employer or is a legal entity that can be sued. Defendant admits that Plaintiff worked at 1441 Schilling Place in Salinas, California.

3. Answering Paragraph 3 of the Complaint, Defendant admits that Plaintiff purports to bring this case under Title VII of the Civil Rights Act of 1964 for employment

1  discrimination, which gives the Court jurisdiction pursuant 42 U.S.C. section 2000e-5. Defendant
2  also admits that Plaintiff purports to seek equitable relief under 42 U.S.C. section 2000e-5(g).
3  Defendant denies that venue is proper in the San Francisco Division because the events or omissions
4  which gave rise to Plaintiff's claims arose in Monterey County so that the case should be assigned to
5  the San Jose Division of this Court pursuant to Civil Local Rule of Court 3-2.

6      4.    Answering Paragraph 4 of the Complaint, Defendant admits that Plaintiff
7  purports to bring his lawsuit based upon the termination of his employment, alleged harassment and
8  alleged retaliation. Defendant admits that Plaintiff began his employment with Defendant on April
9  10, 2000, and was notified on July 11, 2007, of his termination from his employment with
10 Defendant. Except as so specifically admitted, Defendant denies the remaining allegations contained
11 in Paragraph 4 of the Complaint.

12     5.    Answering Paragraph 5 of the Complaint, Defendant denies the allegations
13 contained in Paragraph 5 of the Complaint.

14     6.    Answering Paragraph 6 of the Complaint, Defendant admits that Plaintiff was
15 notified on July 11, 2007, of the termination of his employment with Defendant. Defendant also
16 admits that Plaintiff went on a leave of absence starting September 23, 2005. In addition, Defendant
17 admits that Plaintiff filed charges of discrimination and workers' compensation claims against
18 Defendant. Except as so specifically admitted, Defendant denies the allegations contained in
19 Paragraph 6 of the Complaint.

20     7.    Answering Paragraph 7 of the Complaint, Defendant denies the allegations
21 contained in Paragraph 7 of the Complaint.

22     8.    Answering Paragraph 8 of the Complaint, Defendant admits that Plaintiff filed
23 a Charge of Discrimination with the Federal Equal Employment Opportunity Commission. Except
24 as so specifically admitted, Defendant denies the remaining allegations contained in Paragraph 8 of
25 the Complaint.

26     9.    Answering Paragraph 9 of the Complaint, Defendant is informed and believes
27 and on that basis admits that the Equal Employment Opportunity Commission issued a Notice of
28 Right to Sue letter on March 11, 2008. Except as so specifically admitted, Defendant denies the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

2.                Case No. CV 08 1769 WHA

DEF HSBC TECH & SERVICE (USA) INC.'S ANS TO PLF'S EMPLOYMENT DISCRIMINATION COMPLAINT

1   remaining allegations contained in Paragraph 9 of the Complaint.

2   10.   Answering Paragraph 10 of the Complaint, Defendant admits that Plaintiffs purports to demand a jury for all claims for which a jury is permitted.

4   11.   Answering Paragraph 11 of the Complaint, Defendant denies the allegations contained in Paragraph 11 of the Complaint.

## AFFIRMATIVE DEFENSES

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

That Plaintiff's Complaint fails to allege facts sufficient to constitute any cause of action or to set forth a claim upon which relief can be granted.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

Defendant is informed and believes that Plaintiff's claims are barred by the applicable statutes of limitations, including but not limited to, the limitations period contained in 42 U.S.C. section 2000e-5(e)(1).

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

That Plaintiff is barred in equity from recovering on his Complaint, or on any claim contained therein, under the doctrine of unclean hands.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

That Plaintiff is estopped to assert his claims due to his own conduct, acts, or omissions and is precluded from recovering against Defendant on any purported claims for relief contained in the Complaint.

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

That Plaintiff has failed to exhaust his administrative remedies, the exhaustion of which is a condition precedent to the maintenance of those causes of action.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

3.                                    Case No. CV 08 1769 WHA

DEF HSBC TECH & SERVICE (USA) INC.'S ANS TO PLF'S EMPLOYMENT DISCRIMINATION COMPLAINT

1    AS A SIXTH SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
2 EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

3    Plaintiff's claims are barred, in whole or in part, by Plaintiff's unreasonable failure to
4 take advantage of preventative and corrective opportunities, including but not limited to anti-
5 harassment and non-discrimination policies, and to otherwise avoid harm as that expression is used
6 in the United States Supreme Court decisions in *Burlington Industries, Inc., v Ellerth*, 118 S.Ct.
7 2257 (1998) and *Faragher v. City of Boca Raton*, 118 S.Ct. 2275 (1198).  Plaintiff was employed by
8 an equal opportunity employer that communicated to employees policies and procedures to prevent
9 harassment and discrimination, and further have and had an effective procedure, which was
10 communicated to employees, for employees to come forward with complaints and if appropriate, to
11 take prompt effective corrective action.

12    AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
13 EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

14    That all actions with regard to Plaintiff (1) were made for legitimate, non-
15 discriminatory business reasons, (2) were based on reasonable factors, and (3) were a just and proper
16 exercise of management discretion undertaken for a fair and honest reason, not prohibited by law.

17    AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
18 EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

19    Defendant has acquired evidence of wrongdoing by Plaintiff and the wrongdoing
20 would have materially affected the terms and conditions of Plaintiff's employment or would have
21 resulted in Plaintiff either being demoted, disciplined, or terminated, such after-acquired evidence
22 shall bar Plaintiff's claim on liability or damages or shall reduce such claim or damages as provided
23 by law.

24    AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
25 EVERY CLAIM SET FORTH IN THE COMPLAINT, Defendant alleges:

26    That to the extent that Plaintiff claims that he has suffered emotional distress damages
27 due to Defendant's alleged conduct, Defendant alleges that the court lacks jurisdiction of this matter,
28 as Plaintiff's claims are barred by the exclusive remedy provision of the California Workers'

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

4.    Case No. CV 08 1769 WHA

DEF HSBC TECH & SERVICE (USA) INC.'S ANS TO PLF'S EMPLOYMENT DISCRIMINATION COMPLAINT

1  Compensation Act, California Labor Code sections 3200, *et. seq.*

2  AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
3  EVERY CLAIM SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

4  That the Complaint fails to state a claim for attorneys' fees under 42 U.S.C. section
5  2000e-5(k), or any other basis.

6  AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH
7  AND EVERY CLAIM SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

8  That Plaintiff's damages, if any, are barred to the extent that Plaintiff has failed to
9  mitigate damages, and any recovery of damages, if any there be, should be reduced in the amount by
10 which Plaintiff should have mitigated those alleged damages.

11 AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND
12 EVERY CLAIM SET FORTH IN THE COMPLAINT, DEFENDANT alleges:

13 Venue is improper in the San Francisco Division of the Court because the events or
14 omissions which gave rise to Plaintiff's claims arose in Monterey County so that the case should be
15 assigned to the San Jose Division of this Court pursuant to Civil Local Rule of Court 3-2.

16 WHEREFORE, Defendant prays judgment against Plaintiff as follows:

17  1.  For an order dismissing Plaintiff's claims with prejudice, and entering
18 judgment in favor of Defendant and against Plaintiff;

19  2.  For all reasonable costs and attorneys' fees incurred by Defendant in
20 connection with the defense of this matter; and

21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

5.                                    Case No. CV 08 1769 WHA

DEF HSBC TECH & SERVICE (USA) INC.'S ANS TO PLF'S EMPLOYMENT DISCRIMINATION COMPLAINT

3.  For such other and further relief as the Court in the exercise of its discretion deems just and proper.

Dated: May 21, 2008

/s/ Robert J. Wilger

ROBERT J. WILGER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HSBC TECHNOLOGY & SERVICES (U.S.A.) INC.

Firmwide:85230880.1 023404.1053

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

6.    Case No. CV 08 1769 WHA

DEF HSBC TECH & SERVICE (USA) INC.'S ANS TO PLF'S EMPLOYMENT DISCRIMINATION COMPLAINT

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 21, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

ANSWER OF DEFENDANT HSBC TECHNOLOGY & SERVICES (U.S.A.) INC. TO PLAINTIFF'S EMPLOYMENT DISCRIMINATION COMPLAINT

in a sealed envelope, postage fully paid, addressed as follows:

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 21, 2008, at San Jose, California.

_____
Jan M. Gaeden

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose CA 95113 2303
408 998 4150

PROOF OF SERVICE