1  ROBERT J. WILGER, Bar No. 168402
   LITTLER MENDELSON
2  A Professional Corporation
   50 West San Fernando Street, 15th Floor
3  San Jose, CA 95113.2303
   Telephone:  408.998.4150
4  Fax:        408.288.5686
   rwilger@littler.com
5
   Attorneys for Defendant
6  HSBC TECHNOLOGY & SERVICES (U.S.A)
   INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 PRASAD SHANKAR,                    Case No. CV 081769 WHA

12         Plaintiff,                 DEFENDANT'S NOTICE OF MOTION
                                      AND MOTION TO TRANSFER VENUE
13     v.                             PURSUANT TO CIVIL LOCAL RULE 3-2
                                      AND SUPPORTING MEMORANDUM OF
14 HSBC, INC. and DOES 1 to 50,       POINTS AND AUTHORITIES

15         Defendants.                Date:       June 26, 2008
                                      Time:       8:00 a.m.
16                                    Courtroom:  9
                                      Judge:      Hon. William H. Alsup
17

18 TO PLAINTIFF PRASAD SHANKAR:

19         Pursuant to Rule 7-2 of the Local Rules for the United States District Court for the

20 Northern District of California, Defendant HSBC Technology & Services (U.S.A.) Inc. ("HSBC"),

21 by and through its attorneys of record, Littler Mendelson, a professional corporation, gives notice

22 that on June 26, 2008, at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9,

23 of the U.S. District Court for the Northern District of California, located at 450 Golden Gate

24 Avenue, San Francisco, California, Defendant HSBC will and does move the Court for an order

25 transferring venue of this case from the San Francisco Division of the Northern District of California

26 to the San Jose Division of the Northern District of California.

27         This motion will be based on this Notice of Motion and Motion, the accompanying

28 Memorandum of Points and Authorities in support thereof, and such further and additional

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

Case No. CV 081769 WHA

MOTION TO TRANSFER VENUE

arguments and papers that may be presented to the Court at or before the hearing on this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

Defendant HSBC seeks transfer of this action to the San Jose Division of the Northern District of California pursuant to Civil Local Rule of Court 3-2. Venue is improper in the San Francisco Division of the Court because the events or omissions which gave rise to Plaintiff's claims arose in Monterey County, and therefore the case should be assigned to the San Jose Division of this Court.

This case involves allegations of unlawful termination of employment, harassment, and retaliation. During the relevant time period, Plaintiff worked at 1441 Schilling Place, in Salinas, California. To that end, the events complained of occurred within Monterey County, and as such venue is proper in the San Jose Division of this Court.

For that reason, as discussed more fully below, HSBC's motion should be granted and this action transferred to the San Jose Division of the Northern District of California.

## II. RELEVANT FACTS

From approximately April 10, 2000, through July 11, 2007, Plaintiff worked at 1441 Schilling Place in Salinas, California. Pl.'s Compl. ¶¶ 2, 4. The city of Salinas is located in Monterey County, California. The instant action relates to events or omissions that the Plaintiff claims occurred throughout the period of 2000 through 2007. Pl.'s Compl. ¶¶ 4, 6, 7. The period of Plaintiff's employment at 1441 Schilling Place in Salinas, California, coincides with the period within which Plaintiff claims the incidents leading to the allegations at issue occurred. It follows that these same events or omissions, which the Plaintiff claims took place in Salinas, simultaneously took place in Monterey County.

## III. ARGUMENT

Unless otherwise excepted, all civil actions and proceedings for which the Northern District of California is the proper venue are assigned to a Courthouse serving the county in which the action arises. Civil L.R. 3-2(c). A civil action is deemed to arise in the county in which a substantial part of the events or omissions which give rise to the claim occurred. *Id.* In this case,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

2.   Case No. CV 081769 WHA

MOTION TO TRANSFER VENUE

1  Plaintiff has brought allegations of unlawful termination of employment, harassment, and retaliation
2  relating to his employment at 1441 Schilling Place in Salinas, California. Pl.'s Compl. ¶¶ 4, 6, 7.
3  Nowhere in the complaint does Plaintiff claim that any of the events or omissions on which the
4  allegations are based occurred elsewhere. Pl.'s Compl. ¶¶ 2, 4, 5, 6, 7. Salinas is located in Monterey
5  County. Therefore, because Salinas is located in Monterey County, and the events or omissions
6  which gave rise to the claim occurred in Salinas, the civil action at issue arose in Monterey County.

7  Pursuant to Civil Local Rule 3-2(e), "all civil actions which arise in the counties of
8  Santa Clara, Santa Cruz, San Benito or Monterey shall be assigned to the San Jose Division." Civil
9  L. R. 3-2(e). Where a civil action has not been assigned to the proper division within this district in
10 accordance with Civil Local Rule 3-2, the Judge may order transfer to the proper division. Civil
11 L. R. 3-2(f). The action at hand arose in Monterey County, yet was assigned to the San Francisco
12 Division rather than the San Jose Division. Accordingly, this case should be transferred to the San
13 Jose Division of this Court.

## IV. CONCLUSION

For the aforementioned reasons, HSBC respectfully urges the Court to grant the motion at issue and order the transfer of this case to the San Jose Division of the Northern District Court of California.

Dated: May 21, 2008

ROBERT J. WILGER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HSBC TECHNOLOGY & SERVICES
(U.S.A) INC.

Firmwide:85265898.1 023404.1053

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408.998.4150

3.    Case No. CV 081769 WHA

MOTION TO TRANSFER VENUE

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 21, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANT'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO CIVIL LOCAL RULE 3-2 AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

in a sealed envelope, postage fully paid, addressed as follows:

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 21, 2008, at San Jose, California.

_____
Jan M. Gaeden

Firmwide:85288514.1 023404.1053

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150