1   ROBERT J. WILGER, Bar No. 168402
    LITTLER MENDELSON
2   A Professional Corporation
    50 West San Fernando Street, 15th Floor
3   San Jose, CA 95113.2303
    Telephone:    408.998.4150
4   Fax:          408.288.5686
    rwilger@littler.com
5
    Attorneys for Defendant
6   HSBC TECHNOLOGY & SERVICES (U.S.A.)
    INC.
7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  PRASAD SHANKAR,                      Case No. CV 081769 WHA

12              Plaintiff,               **PROPOSED ORDER GRANTING**
                                         **DEFENDANT'S MOTION FOR**
13        v.                             **TRANSFER OF VENUE PURSUANT TO**
                                         **CIVIL LOCAL RULE 3-2**
14  HSBC, INC. and DOES 1 to 50,
                                         Date:        June 26, 2008
15              Defendants.              Time:        8:00 a.m.
                                         Courtroom:   9
16                                       Judge:       Hon. William H. Alsup

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

                                         Case No. CV 081769 WHA

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| PRASAD SHANKAR, | Case No. CV 081769 WHA |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER OF VENUE PURSUANT TO CIVIL LOCAL RULE 3-2** |
| v. | |
| HSBC, INC. and DOES 1 to 50, | Date:        June 26, 2008 |
| Defendants. | Time:        8:00 a.m.<br>Courtroom:  9<br>Judge:       Hon. William H. Alsup |

18    The Motion of Defendant HSBC Technology & Services (U.S.A.) Inc. to transfer

19   venue from the San Francisco Division to the San Jose Division of this Court pursuant Civil Local

20   Rule 3-2 having come regularly before the Court for hearing and good cause appearing therefore:

21          IT IS HEREBY ORDERED that Defendant HSBC Technology & Services (U.S.A.)

22   Inc.'s motion is GRANTED and the action is ordered transferred to the San Jose Division of the

23   Northern District of California to be reassigned to a judge in the San Jose Division for all purposes.

24   Dated: June _____, 2008.

25

26

27   _____
     HONORABLE WILLIAM H. ALSUP
     UNITED STATES DISTRICT COURT JUDGE

28   Firmwide:85287655.1 023404.1053

**PROOF OF SERVICE BY MAIL**

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 50 West San Fernando Street, 15th Floor, San Jose, California  95113.2303.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On May 21, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER OF VENUE PURSUANT TO CIVIL LOCAL RULE 3-2

in a sealed envelope, postage fully paid, addressed as follows:

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD  57103

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 21, 2008, at San Jose, California.

_____
Jan M. Gaeden

Firmwide:85288514.1 023404.1053

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113 2303
408 998 4150