**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10   PRASAD SHANKAR,                          No. C 08-01769 WHA

11              Plaintiff,

12      v.                                    **ORDER REQUESTING
                                              RESPONSE**
13   HSBC INC.,

14              Defendant.

15   _____/

16        Plaintiff is requested to file an opposition, if any, to defendant's motion to transfer

17   venue by **JUNE 4, 2008, AT NOON**.

18
19        **IT IS SO ORDERED.**

20
21   Dated: June 2, 2008.

22                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28