From
Prasad Shankar
2701 E Brookshire place, #201
Sioux falls SD-57103
Fax: 605-334-4525
Ph: 954-701-1113

**FILED**

JUN - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To
Madam/Sir
US District Court
Northern District of California
SAN FRANCISCO, CA  94102

Sub: Case No. CV 081769 WHA

Sir/Madam,
My name Prasad Shankar represent this case and I beg the court not to transfer this case to SANJOSE Division for the following reason.

I live Sioux falls, South Dakota and based on my health, disability(fully/partial), financial situation, traveling/transportation/boarding/lodging , I have people who live in sanfransico area, who are going to help me in this case all the way to trial.
If this case is transferred to San Jose it is going to be a big Burdon on the facts listed above.
Please kindly help me to keep this case in San Francisco division northern district court

Please help me and thanks a lot.
Prasad.

M.S.prasad
05/29/08