ROBERT J. WILGER, Bar No. 168402
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150
Fax:         408.288.5686
rwilger@littler.com

Attorneys for Defendant
HSBC TECHNOLOGY & SERVICES (U.S.A.) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRASAD SHANKAR,<br><br>   Plaintiff,<br><br>v.<br><br>HSBC, INC. and DOES 1 to 50,<br><br>   Defendants. | Case No. CV 081769 WHA<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER OF VENUE PURSUANT TO CIVIL LOCAL RULE 3-2<br><br>Date:        June 26, 2008<br>Time:        8:00 a.m.<br>Courtroom:   9<br>Judge:       Hon. William H. Alsup |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

Case No. CV 081769 WHA

PROPOSED ORDER TRANSFERRING VENUE

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  PRASAD SHANKAR, | Case No. CV 081769 WHA |
| 12             Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER OF VENUE PURSUANT TO CIVIL LOCAL RULE 3-2** |
| 13       v. | |
| 14  HSBC, INC. and DOES 1 to 50, | Date:        June 26, 2008<br>Time:        8:00 a.m.<br>Courtroom:  9<br>Judge:       Hon. William H. Alsup |
| 15             Defendants. | |

18   The Motion of Defendant HSBC Technology & Services (U.S.A.) Inc. to transfer
19 venue from the San Francisco Division to the San Jose Division of this Court pursuant Civil Local
20 Rule 3-2 having come regularly before the Court for hearing and good cause appearing therefore:
21   IT IS HEREBY ORDERED that Defendant HSBC Technology & Services (U.S.A.)
22 Inc.'s motion is GRANTED and the action is ordered transferred to the San Jose Division of the
23 Northern District of California to be reassigned to a judge in the San Jose Division for all purposes.
24 Dated: June ___6___, 2008.

   [Seal: IT IS SO ORDERED / Judge William Alsup]

26 _____
27 HONORABLE WILLIAM H. ALSUP
    UNITED STATES DISTRICT COURT JUDGE

28 Firmwide:85287655.1 023404.1053

                                    2.                          Case No. Cv 081769 WHO

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 21, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER OF VENUE PURSUANT TO CIVIL LOCAL RULE 3-2

in a sealed envelope, postage fully paid, addressed as follows:

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD  57103

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 21, 2008, at San Jose, California.

_____
Jan M. Gaeden

Firmwide:85288514.1 023404.1053

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

PROOF OF SERVICE