From
Prasad Shankar
2701 E Brookshire place, #201
Sioux falls SD-57103
Fax: 605-334-4525
Ph: 954-701-1113



To
Madam/Sir
450 Golden Gate Ave
US District Court
Northern District of California
SAN FRANCISCO, CA 94102

Sub: Case No. CV 081769 WHA

Sir/Madam,
My name Prasad Shankar represents this case and I am a Plaintiff. I apologies for my broken English and I will do best to explain my situation in English. I beg court to provide a language translator from Kannada (Indian) to English.

1. I was under paid starting from May,2001 to July 11th of 2007 compared to the co-worker "Rajesh Vijayan". And I believe which is approximately 15,000 less per year, exact figured will determined once A deposition of Mr. Rajesh Vijayan will taken.
2. All of my claims were all with in the statue of limitation; please find the date of each event, and the time lines between the events were within a year.
    i) July 11, 2007, wrongful termination.
    ii) November of 2006 to June of 2007, I was harassed and abused by my supervisors, several times. Because of this I have to see doctor 'Richard Vieille" for stress/emotional distress and therapy.
    iii) Sep 12 to 23rd ob 2005 I was s harassed and Abused by Human resource representative 'Barbara Said', 'Nancy Scott' and my supervisors, which resulted me calling 911. And I went on disability starting from Sep 26th of 2005 to Feb of 2006.
    iv) During March/April/May of 2006 I was harassed and Abused by Human resource representative and my supervisors.
    v) May 10th of 2005 I was harassed and Abused by my supervisors, which resulted in opening a workers comp claim. The claim got approved from QME Panel on September 14th 2005. Even though my claim was approved from QME no benefits were paid.
    vi) I was harassed and abused approximately once in every 5 to 6 months starting from May 2000 to July 2004.
    vii) Still many events can be discovered from taking deposition of many employees of HSBC.

I beg court to help me to conduct deposition to do more discovery.

Thanks a lot
M.S. prasad    06/02/08

Prasad Shankar
701, E Brookshire place
Apt # 201, Sioux falls
SD-57103

To
450 Golden Gate Ave
US District Court
Northern District of California
San Francinco, CA 94102