**United States District Court**
For the Northern District of California

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

PRASAD SHANKAR,  No. C 08-01769 JW

        Plaintiff(s),

  v.  CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE

HSBC, INC.,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recent case reassignment, all previously set dates before Judge Alsup are VACATED. A case management conference has been set before Judge James Ware on **August 25, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **August 15, 2008.**

Dated: June 16, 2008

                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk

                                        by: _____/s/_____
                                                Elizabeth Garcia
                                                Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANKAR

          Plaintiff,

  v.

HSBC, INC.

          Defendant.

Case Number: CV08-01769 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103

Dated: June 16, 2008

                                          Richard W. Wieking, Clerk

                                          By: Elizabeth C. Garcia, Deputy Clerk