IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Prasad Shankar, | NO. C 08-01769 JW |
|       Plaintiff, | **ORDER RE: LETTER TO THE COURT** |
|   v. | |
| HSBC, Inc., | |
|       Defendant. | |

The Court is in receipt of a letter from Plaintiff, in *pro per*, requesting the Court's assistance in conducting depositions. (See Docket Item No. 12.) The Court shall consider discovery issues following the Case Management Conference currently scheduled for August 25, 2008. In the meanwhile, the parties shall comply with their initial disclosure obligations under Rule 26(a)(1) and with the meet and confer requirement of Rule 26(f) of the Federal Rules of Civil Procedure.

Dated: June 27, 2008

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert James Wilger rwilger@littler.com

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103

**Dated:  June 27, 2008**                              **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California