ROBERT J. WILGER, Bar No. 168402
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA  95113.2303
Telephone: 408.998.4150
Fax: 408.288.5686

Attorneys for Defendant
HSBC TECHNOLOGY & SERVICES (U.S.A.) INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRASAD SHANKAR,<br><br>Plaintiff,<br><br>v.<br><br>HSBC, INC. and DOES 1 to 50,<br><br>Defendants | Case No. CV 08 1769 JW<br><br>DEFENDANT HSBC TECHNOLOGY & SERVICES (U.S.A.) INC.'S ADR CERTIFICATION BY PARTIES AND COUNSEL |

   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

   **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  8/11/08

/s/ Ann R. Platzer
Ann R. Platzer for Defendant

Dated:  8/11/08

/s/ Robert J. Wilger
Robert J. Wilger
Attorney for Defendant