1  ROBERT J. WILGER, Bar No. 168402
   LITTLER MENDELSON
2  A Professional Corporation
   50 West San Fernando Street, 15th Floor
3  San Jose, CA 95113.2303
   Telephone: 408.998.4150
4  Facsimile: 408.288.5686

5  Attorneys for Defendant
   HSBC TECHNOLOGY & SERVICES (U.S.A.)
6  INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 PRASAD SHANKAR,                  Case No. CV 08 1769 JW (HRL)

12         Plaintiff,               **DEFENDANT HSBC TECHNOLOGY &
                                    SERVICES (U.S.A.) INC.'S
13      v.                          CERTIFICATION AND NOTICE OF
                                    INTERESTED PARTIES**
14 HSBC, INC. and DOES 1 to 50,
                                    **Federal Rules Of Civil Procedure 7.1
15         Defendants.              N.D. Civil Local Rule 3-16**

16

17

18         TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19         Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the

20 undersigned certifies that the following listed persons, associations of person, firms, partnerships,

21 corporations (including parent corporations) or other entities (i) have a financial interest in the

22 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

23 that subject matter or in a party that could be substantially affected by the outcome of this

24 proceeding:

25         Defendant HSBC Technology & Services (U.S.A.) Inc. is a wholly owned subsidiary

26 of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly owned

27 subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings shares are traded

28 in the United States as American Depository Shares on the New York Stock Exchange.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. CV 08 1769 JW (HRL)

DEF HSBC TECHNOLOGY'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1  Additionally, preferred shares and debt securities of various HSBC, Household International, Inc.,
2  Household Finance Corporation and Beneficial Corporation entities are also publicly traded in the
3  United States.

5  Dated: August 12, 2008

_____
ROBERT J. WILGER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HSBC TECHNOLOGY & SERVICES
(U.S.A.), INC.

Firmwide:86149827.1 023404.1053

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

CASE NO. CV 08 1769 JW (HRL)                    2.

DEF HSBC TECHNOLOGY'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 15th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 12, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANT HSBC TECHNOLOGY & SERVICES (U.S.A.) INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

in a sealed envelope, postage fully paid, addressed as follows:

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 12, 2008, at San Jose, California.

_____
Jan M. Gaeden

Firmwide:85288514.1 023404.1053

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose CA 95113.2303
408.998.4150

PROOF OF SERVICE