ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

August 19, 2008

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103
954-701-1113

Robert James Wilger
Littler Mendelson, P.C.
50 W. San Fernando Street, 15th Fl.
San Jose, CA 95113
(408) 998-4150

Re:  Shankar v. HSBC, Inc.
     Case No. C 08-01769 JW ENE

Dear Mr. Shankar and Mr. Wilger:

We have received notification from James Ware that the referenced case was referred to ENE on **August 18, 2008**. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **August 22, 2008 at 4:30 Pacific time**. This office will initiate the call. Please call me at 415-522-2199 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator