ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

August 22, 2008

Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103
954-701-1113

Robert James Wilger
Littler Mendelson, P.C.
50 W. San Fernando Street, 15th Fl.
San Jose, CA 95113
(408) 998-4150

Re:  Shankar v. HSBC, Inc.
     Case No. C 08-01769 JW ENE

Dear Mr. Shankar and Mr. Wilger:

   This will confirm that today's ADR Phone Conference is off calendar and has been rescheduled to **Wednesday, September 3, 2008 at 3:30 p.m. Pacific time.** We will place the call to the numbers above unless directed otherwise.

Sincerely,

Alice M. Fiel
ADR Case Administrator