UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PRASAD SHANKAR, | ) | Case No.: C 08-1769 PVT |
| Plaintiff, | ) ) | **ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS** |
| v. | ) ) | |
| HSBC, INC., | ) ) | |
| Defendants. | ) ) | |

By letter dated March 13, 2009, Plaintiff moves to compel Defendant to produce documents responsive to Plaintiff's requests for production of documents.[1] Based on said letter, and the file herein,

IT IS HEREBY ORDERED that, no later than March 31, 2009, Defendant shall serve (by first class mail) and file with the court any opposition to Plaintiff's motion. Defendant shall include with its opposition papers an authenticated copy of its responses to Plaintiff's requests for production of documents. No later than April 14, 2009, Plaintiff shall serve (by first class mail) and file with the court any reply to Defendant's opposition papers. Absent further order of the court, the matter will be submitted without oral argument.

Dated: *3/18/09*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on       *3/18/09*       to:
5  Prasad Shankar
   2701 East Brookshire, Apt. 201
6  Sioux Falls, SD  57103
7
8                                    */s/ Donna Kirchner     for*
                                     CORINNE LEW
                                     Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28