United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Prasad Shankar, | NO. C 08-01769 JW |
| Plaintiff, | **ORDER TO SUBMIT EVIDENCE** |
| v. | |
| HSBC, Inc., | |
| Defendant. | |

On September 21, 2009, the Court conducted a hearing on Defendant's Motion for Summary Judgment. (hereafter, "Motion," Docket Item No. 46.) Upon review of the docket, the Court was unable to locate the EEOC right-to-sue letter sent to Plaintiff in relation to the charge filed on July 20, 2007 (EEOC Case No. 556-2007-00787). Defendant references this right-to-sue letter in the Motion, and represents that it was issued to Plaintiff on March 11, 2008. (See Motion at 6 (citing Declaration of Nancy Scott ¶ 21, Exs. I-J, Docket Item No. 50.)) However, the Court does not have a copy of this letter. Thus, on or before **September 25, 2009**, Defendant shall file with the Court and serve Plaintiff referenced right-to-sue letter.

Dated: September 21, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Robert James Wilger rwilger@littler.com

4 Prasad Shankar
2701 East Brookshire, Apt. 201
Sioux Falls, SD 57103

7 **Dated: September 21, 2009**     **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**